## CRIMINAL CAUSE FOR PLEADING

Before: **Dora L. Irizarry, U.S.D.J.**   Date: **November 4, 2010**   Time in Court: **0:52**

Docket Number: **10-CR-452**

Defendant's Name: **KIM GOODWINE**                              #1
  **X** Present         ___ Not Present         ___ Custody         **X** Bail

Defense Counsel: **DEIRDRE VON DORNUM**
             ___ CJA         ___ RET         **X** F.D.

A.U.S.A. **HILARY JAGER**

Reporter: **GENE RUDOPH**             Deputy Clerk: **CHRISTY CAROSELLA**

- The defendant was sworn, informed of his rights, and waives trial before the district court.
- Defendant withdraws his previously entered plea of not guilty and enters a GUILTY PLEA to count one of the indictment.
- Court finds factual basis for and accepts the defendant's guilty plea.
- The Probation Department shall disclose the Presentence Report (PSR) to the Court and parties by the Probation Department by **February 3, 2011**.
- Sentencing is scheduled for **March 23, 2011 at 10:00 am**.
- Parties are directed to Judge Irizarry's *Standard Requirements for Criminal Cases*, available on the court website, with regard to objections to the revised PSR and sentencing submissions.

**PURSUANT TO FEDERAL RULE 11 OF THE CRIMINAL PROCEDURE, JUDGE IRIZARRY DID ADMINISTER THE ALLOCUTION. A FINDING HAS BEEN MADE THAT THE PLEA WAS MADE KNOWINGLY AND VOLUNTARILY AND THE PLEA WAS NOT COERCED. THE PLEA OF GUILTY HAS BEEN ACCEPTED. THE PLEA AGREEMENT WAS EXECUTED, MARKED AS COURT EXHIBIT #1, AND RETURNED TO THE ASSISTANT U.S. ATTORNEY AT THE END OF THIS PROCEEDING.**